# ALABAMA COURT OF CRIMINAL APPEALS



April 19, 2024

**CR-2022-1164**
Reginald Lamar Bonner v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-240 and CC-21-242

## <u>NOTICE</u>

You are hereby notified that on April 19, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk